UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESMOND DAVID-PITTS,<br><br>Defendant. | NO. MJ20-547<br><br>MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1. **Eligibility of Case.**  This case is eligible for a detention order because this case involves (check all that apply):

    ☒ Crime of violence (18 U.S.C. 3156).

    ☐ Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

    ☐ Crime with a maximum sentence of life imprisonment or death.

    ☐ Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1

☐     Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐     Felony offense involving a minor victim other than a crime of violence.

☐     Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon.

☐     Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250).

☒     Serious risk the defendant will flee.

☐     Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒     Defendant's appearance as required.

☒     Safety of any other person and the community.

3. **Rebuttable Presumption.** The United States *__will invoke__* the rebuttable presumption against defendant under 3142(e). The presumption applies because:

☒     Probable cause to believe defendant committed an offense listed in 18 U.S.C. § 2332b(g)(5)(B).

*Legal authority*: The Bail Reform Act, at Title 18, United States Code, Section 3142(e)(3)(C), provides a rebuttable presumption for detention in cases like the instant one, where a defendant is charged with an offense listed in 18 U.S.C. § 2332b(g)(5)(B). Arson, in violation of Title 18, United States Code, Section 844(i), is such an offense.

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☒ At the initial appearance

☐ After a continuance of ___ days (not more than 3)

DATED this 27th day of August, 2020.

          Respectfully submitted,

          BRIAN T. MORAN
          United States Attorney


          *__/s Todd Greenberg*_____
          TODD GREENBERG
          Assistant United States Attorney