1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DESMOND DAVID-PITTS<br><br>　　　　Defendant | No: MJ20-547<br><br><br>**MOTION FOR WITHDRWAL OF COUNSEL** |

　　　Pursuant to LCR 83.2(b)(1), J. Talitha Hazelton of The Smith Law, LLC hereby moves for leave to withdraw as counsel for Defendant DAVID-PITTS. Defendant qualifies for and has been represented by the Federal Defender's Office. (Dkt. 5, Dkt. 7).  I have complied with the requirements of LCR 83.2(b)(4) and 83.2(b)(1). The discovery cut-off in this case has not yet been set, and there is not future trial date scheduled.  The defendant is in custody at the FEDERAL DETENTION CENTER located at 2425 S 200th Street in Seattle, Washington, 98198.

　　　I have conferred with both the Assistant Federal Defender and Mr. David-Pitts, neither of whom object to the instant motion.

MOTION FOR WITHDRWAL OF COUNSEL - 1

NO. MJ20-547

**SMITH LAW, LLC**
4301 NE 4th St.
PO Box 2767
Renton, WA 98059
sade@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664

1  DATED this August 28, 2020.

2
3                                      By   */s/ Talitha Hazelton*
                                          Talitha Hazelton, WSBA No. 52460
4                                          4301 NE 4th St. PO BOX 2767
                                          Renton, WA 98058
5                                          talitha@thesmithlaw.com
                                          Tel: (206) 715-4248
6                                          Fax: (206) 900-2664
                                          *Attorney for Defendant*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR WITHDRWAL OF COUNSEL - 2

NO. MJ20-547

**SMITH LAW, LLC**
4301 NE 4th St.
PO Box 2767
Renton, WA 98059
sade@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

By  /s/ Talitha Hazelton
Talitha Hazelton, WSBA No. 52460
THE SMITH LAW, LLC
4301 NE 4th St. PO BOX 2767
Renton, WA 98058
talitha@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664

CERTIFICATE OF SERVICE

NO. MJ20-547

SMITH LAW, LLC
4301 NE 4th St.
PO Box 2767
Renton, WA 98059
sade@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664