UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DESMOND DAVID-PITTS,<br><br>　　　　　　Defendant. | NO. MJ20-547<br><br>GOVERNMENT'S EXHIBIT FOR DETENTION HEARING |

　　The government hereby files with the Court Exhibit 1, which is provided in support of the government's argument that the Court should enter a pretrial detention order in this matter. Government counsel intends to reference and further explain this exhibit during the detention hearing.

　　DATED this 1st day of September, 2020.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BRIAN T. MORAN
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*s/ Todd Greenberg*
　　　　　　　　　　　　　　　　TODD GREENBERG
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　700 Stewart Street, Suite 5220
　　　　　　　　　　　　　　　　Seattle, Washington 98101-3903
　　　　　　　　　　　　　　　　Phone: 206-553-7970

Government's Exhibits for Detention Hearing - 1
*U.S. v. David-Pitts*; MJ20-547

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970