# EXHIBIT 1




















