UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DESMOND DAVID-PITTS<br><br>　　　　Defendant | No: MJ20-547<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL** |

The Court having considered the Motion for Withdrawal of Counsel, and the documents being filed in support thereof:

IT IS THEREFORE HEREBY ORDERED that the J. Talitha Hazelton, is permitted to withdraw as plaintiff/defense counsel in this matter.

DONE this August 28, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THE HONORABLE PAULA L. MCCANDLIS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR
WITHDRAWAL OF COUNSEL - 1

NO: MJ20-547

**SMITH LAW, LLC**
4301 NE 4th St.
PO Box 2767
Renton, WA 98059
sade@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664

PRESENTED BY:

By  */s/ Talitha Hazelton*
Talitha Hazelton, WSBA No. 52460
ATTORNEY AT LAW
4301 NE 4th St. PO BOX 2767
Renton, WA 98058
talitha@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL - 2

NO: MJ20-547

**SMITH LAW, LLC**
4301 NE 4th St.
PO Box 2767
Renton, WA 98059
sade@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

By  */s/ Talitha Hazelton*
Talitha Hazelton, WSBA No. 52460
ATTORNEY AT LAW
4301 NE 4th St. PO BOX 2767
Renton, WA 98058
talitha@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL - 3

NO: MJ20-547

**SMITH LAW, LLC**
4301 NE 4th St.
PO Box 2767
Renton, WA 98059
sade@thesmithlaw.com
Tel: (206) 715-4248
Fax: (206) 900-2664